**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
AUG 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) __CHARLES MORGAN__  __525805__
   (Name of Plaintiff)   (Inmate Number)

__1301 EAST 12TH STREET__
   (Complete Address with zip code)
__WILM, DELAWARE 19809__

(2) __Charles Morgan__  __525805__
   (Name of Plaintiff)   (Inmate Number)

__1301 East 12th st Wilm, DE 19809__
   (Complete Address with zip code)

By Mail
IFP

05-584-

(Case Number)
( to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __New Castle County Police DEPT__
(2) __State of Delaware ET. AL.__
(3) __DET Teresa A Williams  DET. J. Tredwell__
   (Names of Defendants)

**CIVIL COMPLAINT**

Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

   A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __Pending Medical Lawsuit  Charles Morgan V.__
   __Health Administrator, Raphael Williams, and Stan taylor__
   __Case 1:05-CV-00419-GMS__

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer to "B" is No, explain why not: N/A

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: DET Teresa A Williams
Employed as Police officer at New Castle County Police Department
Mailing address with zip code: South dupont Highway
New Castle, DE 19720

(2) Name of second defendant: DET. J. Treadwell
Employed as Police office at New Castle County Police Department
Mailing address with zip code: South dupont Highway
New Castle, DE 19720

(3) Name of third defendant: ____
Employed as ____ at ____
Mailing address with zip code: ____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

#1 Plaintiff is being charged wrongly and fraudulently being prosecuted by the state of Delaware.

#2 To further the fraud by the state they are ignoring a police report statement that the victim stated the plaintiff was not the shooter.

#3 To further the fraud the police failed to investigate the fact the shots had to come from one of the houses in the area because the accused shooter the plaintiff and victim were all being shot at.

#4 Police failed to search for bullets at the aleged shooting scene, but they claimed there was 3 shots.

#5 Police and prosecutor are taking the word of the only person hurt.

#6 Police and prosecutor have failed to discover or try to find a gun nor any gun powder trales on the accused shooter or plaintiff.

#7 In order further the fraud, refused to do any test to prove or disprove there was even a gun shot by plaintiff or any other person accused of said alleged crime.

See other side →

#8 Defendants failed to develope a motive for the alleged shooting above a $15.00 CD player that Lane gave back to witness.

#9 Defendants never questioned Lane as to gun powder blast going off in his face because he states he saw Paul shoot him.

#10 In order keep plaintiff from recieving all the rule 16 evidence they only knew victim Lane was treated for gunshot wound and "the bullet was surgically removed but not kept for evidence to convict or exzonerate plaintiff of the charge.

#11 DET Teresa A Williams interviewed Lane at Christiana Emergency Room - But according to her report failed to obtain evidence that would prove plaintiffs innocence.

#12 The fact that a bullet lodged in Lane's head the bullet would have gone through his head his skin proves that the bullet came from a long distance away and ended up in Lane body.

#13 Not checking for gun in the home for went vital evidence that the bullet that lodged in Lane's head came from one of the back pourches of the homes in the Row Homes.

See other page →

#14 Defendants stated there was gun powder on the wand but no other place - but that close there had to be some on victim. The Defendants for went this evidence in order to make sure plaintiff could not prove his case that he did not nor was not any part of the alledged crime.

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. SEE ATTACHED SHEETS

2.

3.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. $3000.00 per day for Fraudulently arresting Plaintiff and bring false charges against plaintiff. DET Teresa A Williams # 2415

2. $3000.00 per day for fraudulently arresting plaintiff and bring false charges against plaintiff. DET. J. Treadwell #2428

3. ___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28__ day of __July__, 2_005_.

__Charles Morgan__
(Signature of Plaintiff 1)

___
(Signature of Plaintiff 2)

___
(Signature of Plaintiff 3)

4

Charles Waters 558605
1301 East 12th Street
Wilmington, Del 19801

U.S. District Court
844 King Street
Wilmington, Del 19801

Legal Mail

U.S.M.S. X-RAY