Utility Events 1:05-CV-00584- UNA Morgan v. New Castle County Police Department et al

U.S. District Court
District of Delaware.

Charles Morgan
SBI#525805
Howard R. Young Correctional Institution
1301 E. 12th St.
Wilmington, DE 19809

Case Name: Morgan v. New Castle County Police Department et al
Case Number: 1:05-CV-584

Enclosed is a copy of my six month account for Case Number 1:05-CV-584. for Judge (GMS) Thank you.

Best Personal Regards
Charles Morgan
525805
HRYCI
1301 E. 12th st
Wilmington, DE 19809

FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570



U.S.M.S
X-RAY

Charles Morgan 525805
Bo1 E 12th st #6YCI
Wilm DE 19809