```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
09/09/05 10:43
ST 007 / OPR KJG

SBI             : 525805
Resident Name   : MORGAN, CHARLES                                    05-584
Time Frame      : 04/04/2005 11:31 - 09/09/2005 10:43

------------------------------------------------------------------------------
Date        Time    Type            ST   OPR     Receipt #      Amount    Balance
------------------------------------------------------------------------------

04/04/2005  12:07   Add             4    SED     D23252         30.00      30.02
04/06/2005  08:28   Order           2    WLH     B58587         29.99       0.03
04/06/2005  13:07   Add             4    CK      D23474         20.00      20.03
04/13/2005  09:18   Order           2    WLH     B59586         16.09       3.94
04/20/2005  11:14   Add             4    SED     D24193         20.00      23.94
04/21/2005  05:56   Order           2    DDT     B60531         23.84       0.10
04/22/2005  12:18   Add             4    Netty   D24341         15.00      15.10
04/22/2005  15:44   Withdrawal      6    PLF     F11028          6.00       9.10
05/02/2005  13:15   Add             8    RP      H11755          5.00      14.10
05/02/2005  13:15   Add             8    RP      H11756         25.00      39.10
05/03/2005  08:53   Order           2    DDT     B61900         15.10      24.00
05/11/2005  08:09   Order           2    DDT     B62999         23.99       0.01
05/16/2005  13:33   Add             4    SED     D25521         20.00      20.01
05/17/2005  13:35   Order           2    DDT     B63834         19.84       0.17
06/07/2005  13:15   Add             4    SED     D26773         20.00      20.17
06/08/2005  07:33   Order           2    DDT     B66568         19.86       0.31
06/08/2005  12:46   Add             4    J       D26842         20.00      20.31
06/15/2005  07:55   Order           2    DDT     B67429         18.80       1.51
06/21/2005  10:32   Order           2    DDT     B68293          1.43       0.08
06/27/2005  12:12   Add             8    RP      H13197         30.00      30.08
06/29/2005  11:28   Order           2    DDT     B69572         25.94       4.14
07/01/2005  11:58   Credit          2    DDT     B69700         25.94      30.08
07/06/2005  09:02   Order           2    DDT     B70112         18.80      11.28
07/07/2005  12:30   Order           9    WLH     I3744           3.62       7.66
07/12/2005  13:32   Order           2    DDT     B71043          7.64       0.02
07/18/2005  12:58   Add             7    KTS     G6231           9.16       9.18
07/19/2005  11:09   Order           2    DDT     B72106          9.13       0.05
08/04/2005  11:23   Add             4    SED     D29917         20.00      20.05
08/10/2005  07:24   Order           2    DDT     B74958         19.82       0.23
08/17/2005  10:31   Add             7    KTS     G6626          13.50      13.73
08/23/2005  07:23   Order           2    DDT     B76576         13.65       0.08
08/30/2005  12:15   Add             4    SEA     D31438         20.00      20.08
08/31/2005  08:20   Withdrawal      6    kjg     F13783         15.31       4.77
09/06/2005  08:14   Order           2    DDT     B78298          4.66       0.11
```



FILED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570



U.S.M.S
X-RAY

Charles Morgan 525805
1301 E 12th st. HRYCI
Wilm DE 19809