DATE:     **November 30, 2005**

TO:       **Charles Morgan**

RE:       **Morgan v. State of Delaware, et al., 05-584**

    As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices

☐    Courtesy copy not received by next business day.

☐    Redacted copy of sealed document not received within 5 business days.

☐    Pro Hac Vice fee not yet paid.

☐    The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐    Certificate of Service not included with the document.

☐    Discovery document(s) erroneously filed: DI# _____ will be removed from the docket.

☐    7.1.1 statement required with non-dispositive motions was not included with the document.

☐    Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐    Brief exceeds the page limitations _____.

☐    Brief does not include a paginated table of contents/citations.

☐    Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐    Document not in PDF format. Provide disk/CD with document in PDF format.

☐    Document not readable in PDF reader, or ☐ appears to be missing pages.

X    **OTHER: THIS CASE WAS DISMISSED WITHOUT PREJUDICE ON NOVEMBER 3, 2005, FOR FAILURE TO SUBMIT THE REQUIRED PAYMENT AUTHORIZATION FORM. COPIES OF THE COMPLAINT ARE BEING RETURNED TO YOU.**

    If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:    Assigned Judge                                        /s/ Marie McDavid, Deputy Clerk